| | |
|---|---|
| Jordon Harlan, SB# 273978<br>E-Mail: jordon@harlanpc.com<br>**HARLAN LAW, P.C.**<br>2404 Broadway, 2nd Floor<br>San Diego, CA 92102<br>Telephone: 619.870.0802<br>Fax: 619.870.0815<br><br>Kenneth W. Pearson, MN #016088X<br>Pro Hac Vice to be filed<br>E-Mail: kpearson@johnsonbecker.com<br>Adam J. Kress, MN #0397289<br>Admitted Pro Hac Vice<br>E-Mail: akress@johnsonbecker.com<br>**JOHNSON BECKER, PLLC**<br>444 Cedar Street, Suite 1800<br>St. Paul, MN 55101<br>Telephone: 612.436.1800<br>Fax: 612.436.1801<br>***Attorneys for Plaintiff Jillian Clanton*** | Glenn A. Friedman, SB# 104442<br>E-Mail: Glenn.Friedman@lewisbrisbois.com<br>Robert Farrell, SB# 107461<br>E-Mail: Robert.Farrell@lewisbrisbois.com<br>**LEWIS BRISBOIS BISGAARD & SMITH LLP**<br>45 Fremont Street, Suite 3000<br>San Francisco, CA 94105-2256<br>Telephone: 415.362.2580<br>Facsimile: 415.434.0882<br>***Attorneys for Defendant Instant Brands Inc.*** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JILLIAN ELIZABETH CLANTON, an individual,<br><br>       Plaintiff,<br><br>vs.<br><br>INSTANT BRANDS, INC., a Canadian Corporation,<br><br>       Defendant. | Case No. 3:21-cv-08757-LB<br><br>**JOINT NOTICE OF RESOLUTION AND STIPULATION AND ORDER TO VACATE ALL DEADLINES;**<br>**[PROPOSED] ORDER** |

The parties in the above-referenced case, by and through their counsel, submit this Joint Notice of Resolution and Stipulation and Order to Vacate all Case Deadlines. The parties to this action have reached an agreement to resolve this action.

Accordingly, the parties **STIPULATE**, and respectfully request that the court **VACATE** all court deadlines, including the Trial Date and Pre-Trial Conference and deadlines for fact and expert discovery with the understanding that the Court will retain jurisdiction to enforce the terms of the Agreement if necessary.

Dated: November 30, 2022

**IT IS SO STIPULATED.**

Dated: November 30, 2022                          JOHNSON BECKER PLLC

                                        By:  /s/ *Adam J. Kress*
                                        ADAM J. KRESS, ESQ.
                                        Attorneys for Plaintiff
                                        JILLIAN ELIZABETH CLANTON

Dated: November 30, 2022                          LEWIS BRISBOIS BISGAARD & SMITH LLP

                                        By:  /s/ *Robert W. Farrell*
                                        GLENN A. FRIEDMAN
                                        ROBERT W. FARRELL
                                        Attorneys for Defendant
                                        INSTANT BRANDS INC.

**ATTESTATION**

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this eFiled document.

Dated: November 30, 2022                          LEWIS BRISBOIS BISGAARD & SMITH LLP

                                        By:  /s/ *Robert W. Farrell*
                                        GLENN A. FRIEDMAN
                                        ROBERT W. FARRELL
                                        Attorneys for Defendants
                                        INSTANT BRANDS INC.

**~~PROPOSED~~ ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED. The Court sets a Status Conference for February 9, 2023 at 9:30 AM with stipulated dismissal or short update due by February 2, 2023.**

Dated: December 1, 2022

                                        _____
                                        Hon. Laurel Beeler
                                        United States District Court Magistrate Judge